EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
California Bar No. 110984
Assistant United States Attorney
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5710
    Facsimile: (213) 894-7177
    E-mail: Frank.Kortum@usdoj.gov

Attorneys for Respondent

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE SEIZURE OF 2014 FORD EXPLORER AND 2015 AUDI<br><br>ANTHONY CLARK, an individual,<br><br>    Movant,<br><br>       v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | No. CV 16-4034-R (ASx)<br><br>**ORDER** |

///

///

///

1  Pursuant to the stipulation of the parties, and good cause
2  appearing, IT IS HEREBY ORDERED that this action is dismissed without
3  prejudice.

6  Dated: June 28, 2016

UNITED STATES DISTRICT JUDGE

8  Presented by:

10 EILEEN M. DECKER
   United States Attorney
11 LAWRENCE S. MIDDLETON
   Assistant United States Attorney
12 Chief, Criminal Division
13 STEVEN R. WELK
   Assistant United States Attorney
14 Chief, Asset Forfeiture Section

16   /s/ *Frank Kortum*
   FRANK D. KORTUM
17 Assistant United States Attorney

18 Attorney for Defendants